IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEFEND ARLINGTON,
C/O SAVE SOUTHERN HERITAGE FLORIDA,
6720 East Fowler Ave # 1861
Tampa, FL 33617

AND

SAVE SOUTHERN HERITAGE FLORIDA,
6720 East Fowler Ave # 1861
Tampa, FL 33617

AND

FRIENDS OF JUDAH P. BENJAMIN CAMP OF
THE SONS OF CONFEDERATE VETERANS,
Cmdr. David McCallister
PO Box 7343
Wesley Chapel, FL 33545

AND

HAROLD K. EDGERTON,
71 Buffalo Street
Ashville, NC 28806

AND

EDWIN L. KENNEDY, JR.,
148 Golden Harvest Drive
New Market, AL 35761

AND

RICHARD A. MOOMAW,
69 Old Kiln Lane
Mt. Jackson, VA 22842

AND

TERESA E. ROANE,
7302 Boulder Lake Drive, Apt 1104
North Chesterfield, VA 23225

CIVIL ACTION NO. 23-CV-441


**CONSENT ORDER
GRANTING SUBSTITUTION
OF ATTORNEY**

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE,
1000 Defense Pentagon
Washington, D.C. 20301-1000

AND

LLOYD AUSTIN, in his official capacity as
Secretary of Defense of the United States,
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

AND

WILLIAM LAPLANTE, in his official capacity as
Under Secretary of Defense for Acquisition and
Sustainment,
3010 Defense Pentagon
Washington, D.C. 20301-3010

AND

UNITED STATES DEPARTMENT OF THE
ARMY,
101 Army Pentagon
Washington, D.C. 20310-0101

AND

CHRISTINE WORMUTH, in her official capacity
as Secretary of the Army,
101 Army Pentagon
Washington, D.C. 20310-0101

Defendants.

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiffs substitute Karen

Bennett, DC Bar No. 477151, as counsel of record in place Paul W. Kisslinger and Rebecca L.

Stoddard, of Lewis, Brisbois Bisgaard & Smith, LLP.

Contact Information for new counsel is as follows:

Firm Name:    Earth & Water Law, LLC
              1455 Pennsylvania Ave NW, Suite 400
              Washington DC, 20004
              Email: karen.bennett@earthandwatergroup.com
              Tel: 202-255-0291

I consent to the above substitution.

Date: 5/17/23

_____
Signature of Plaintiff

I consent to being substituted.

Date: 5/17/23

_____
Paul W. Kisslinger, Esq.

I consent to being substituted.

Date: 5/17/23

_____
Rebecca L. Stoddard, Esq.

I consent to the above substitution.

Date: 05/22/2023

_____
Karen Bennett, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
United States District Court
Judge

3