## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFEND ARLINGTON, C/O SAVE SOUTHERN HERITAGE FLORIDA *et al.*, <br><br> and <br><br> ROY P. HUDSON *et al.*, <br><br>                Plaintiffs, <br><br>          v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE *et al.*, <br><br>                Defendants. | Civil Action Nos. 23-441, 23-2094 (BAH) <br><br> Judge Beryl A. Howell |

## ORDER

Upon consideration of defendants Department of Defense, Secretary of Defense Lloyd Austin, Under Secretary of Defense for Acquisition and Sustainment William LaPlante, the United States Department of the Army, and Secretary of the Army Christine Wormuth's Motions to Dismiss, ECF Nos. 10, 29; plaintiffs Defend Arlington, Save Southern Heritage Florida, Friends of Judah P. Benjamin Camp of the Sons of Confederate Veterans, Harold Edgerton, Edwin Kennedy, Jr., Richard Moomaw, Teresa Roane, Roy Hudson Jr., Derek Underwood, Steven Heishman, Britton Earnest Sr., and the Sons of Confederate Veterans, Inc.'s Motion for Preliminary Injunction, ECF No. 27, and the related legal memoranda in support and in opposition, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants Department of Defense, Secretary of Defense Lloyd Austin, Under Secretary of Defense for Acquisition and Sustainment William LaPlante, the United States Department of the Army, and Secretary of the Army Christine Wormuth's Motion to Dismiss, ECF No. 10, is **GRANTED**; it is further

**ORDERED** that defendants Department of Defense, Secretary of Defense Lloyd Austin, Under Secretary of Defense for Acquisition and Sustainment William LaPlante, the United States Department of the Army, and Secretary of the Army Christine Wormuth's Motion to Dismiss, ECF No. 29, is **GRANTED**; and it is further

**ORDERED** that plaintiffs Defend Arlington, Save Southern Heritage Florida, Friends of Judah P. Benjamin Camp of the Sons of Confederate Veterans, Harold Edgerton, Edwin Kennedy, Jr., Richard Moomaw, Teresa Roane, Roy Hudson Jr., Derek Underwood, Steven Heishman, Britton Earnest Sr., and the Sons of Confederate Veterans, Inc.'s Motion for Preliminary Injunction, ECF No. 27, is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date:   December 12, 2023

 

_____
**BERYL A. HOWELL**
United States District Judge